**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-05154 JAK (PJWx) | Date | June 27, 2012 |
|---|---|---|---|
| Title | Daryl Arnold v. Sedgwick Claims Management Services, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 26, 2012, Plaintiff filed "Notice of Settlement" (Dkt. 33). The Court sets an Order to Show Cause re Dismissal for August 6, 2012 at 1:30 p.m. If the parties file a dismissal by August 3, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The July 2, 2012 Post Mediation Status Conference and November 27, 2012 Court Trial are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | ak |